# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCISCO ENRIQUE VIDAL,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 80941

**FILED**

APR 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                              Silver

20-14508

cc: Hon. Douglas W. Herndon, District Judge
Francisco Enrique Vidal
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk